NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTIAN TORRES,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2024-2157

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-19-0133-I-1.

---

**JUDGMENT**

---

KEITH O'DONNELL, Granger & Associates LLC, New York, NY, argued for petitioner. Also represented by RAYMOND R. GRANGER, HOWARD BRANDON ZAKAI.

LAUREL DON HAVENS, III, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, ALBERT S. IAROSSI, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 12, 2026
Date

Jarrett B. Perlow
Clerk of Court